Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT KARIUKI; <br> GARY VONERICHSEN; <br> JOSEPH DELACRUZ; <br> JOSHUA HANCOCK; <br> JEREMY REEVES; and <br> PHYLIS KIHUYU, <br><br> Defendants. | Civil Action No. 17-cv-1077RSL <br><br> MOTION FOR ENTRY OF DEFAULT AGAINST GARY VONERICHSEN (DOE 4) <br><br><br> NOTE ON MOTION CALENDAR: <br> November 9, 2017 |

Pursuant to Fed. R. Civ. P. 55 and LCR 55(a), Plaintiff hereby moves for entry of default against Defendant. The motion is supported by the accompanying Declaration of David A. Lowe.

RESPECTFULLY SUBMITTED November 9, 2017.

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for Plaintiff

MOTION FOR ENTRY OF DEFAULT
Civil Action No. 17-cv-1077RSL
INIP-6-0094P15 MOTENTRYDefault (Vonerichsen)

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301