Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

v.

ROBERT KARIUKI;
GARY VONERICHSEN;
JOSEPH DELACRUZ;
JOSHUA HANCOCK;
JEREMY REEVES; and
PHYLIS KIHUYU,

    Defendants.

Civil Action No. 17-cv-1077RSL

ENTRY OF DEFAULT AGAINST JOSHUA HANCOCK (DOE 8)

It appearing that Defendant Joshua Hancock has failed to answer, plead or otherwise defend, default is hereby entered.

DATED this 13th day of November, 2017.

William M. McCool
Clerk of the Court

By: /s/Kerry Simonds
Deputy Clerk

ENTRY OF DEFAULT
Civil Action No. 17-cv-1077RSL
INIP-6-0094P17 ORDENTRYDefault (Hancock)

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301