Honorable Robert S. Lasnik

MAIL
LODGED
RECEIVED

DEC 07 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Defendant
Jeremy Reeves

Civil Action No. 17-CV-1077RSL

ME2 PRODUCTIONS, INC
    (Plaintiff)    David Lowe

Additional Affirmative Defenses of
Jeremy Reeves

V.

ROBERT KARIUKI;
GARY VONERICHSEN;
JOSEPH DELACRUZ;
JOSUAH HANCOCK;
*JEREMY REEVES; and
PHYLIS KIHUYU,
        (Defendants)

    The Plaintiff is guilty of "unclean hands". Through an invisible or seemingly non-affiliated third party, the Plaintiff placed his own copyrighted movie online in a fashion to make it readily available to persons for download. In this fashion he has found and then plucked IP address from an unlimited and indiscriminate amount of places off the internet, then claims they were infringing on his copyrighted material, when actuality they were not.

    The Plaintiff is guilty of "unjust enrichment". He seeks to take advantage of copyright laws to collect booty and loot from the common citizen instead of using the copyright law to protect and promote the art of movie making and the ability to make money form the movies sale rather than from the movies copyright lawsuits.

    The Plaintiff is guilty of "assumption of the risk". A ghost or seemingly unaffiliated third party has placed the Plaintiffs movie onto the internet for him. Since an entity affiliated with the Plaintiff placed his movie onto the internet in a fashion to make it readily available for download, the Plaintiff assumes the risk of anyone downloading it and has waived his right to any copyright protections for it.

    The plaintiff is guilty of "misuse of product". Instead of placing the movie online to profit from its sales, the Plaintiff has placed the movie online to profit through copyright protection lawsuits, by alleging the illegal downloads of a movie he put up for download.

Jeremy Reeves  12/06/17
13305 Se 19th St.
Vancouver WA 98683

619-748-8686, 360-949-1016
Jeremyreeves12@yahoo.com

Additional Affirmative Defenses of
Jeremy Reeves

Civil Action No. 17-cv-1077RSL

Honorable Robert S. Lasnik

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Defendant
Jeremy Reeves

Civil Action No. 17-CV-1077RSL

### Certificate of service

I certify that a true and correct copy of the foregoing document has been served to all counsel or parties of record.

Lowe Graham Jones
701 fifth avenue, suite 4800
Seattle, Washington 98104

Clerk of the Court
United States District Court for the Western District of Washington
700 Stewart Street
Seattle, WA 98101

Sent by Mail December 6th 2017

/s/ Jeremy Reeves
Dec/06/2017

Jeremy Reeves
13305 Se 19th St.
Vancouver WA 98683

619-748-8686, 360-949-1016
Jeremyreeves12@yahoo.com

Additional Affirmative Defenses of
Jeremy Reeves

Civil Action No. 17-cv-1077RSL

Reeves, Jeremy
13305 SE 19th St.
Vancouver, WA 98683



FILED
LODGED
RECEIVED      MAIL
DEC 07 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Clerk of the Court
United States District Court for the Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101

Case 2:17-cv-01077-RSL   Document 47   Filed 12/07/17   Page 4 of 4

