1                                                                Honorable Robert S. Lasnik

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Defendant<br>Jeremy Reeves | Civil Action No. 17-CV-1077RSL |
| ME2 PRODUCTIONS, INC<br>    (Plaintiff)   David Lowe | Declaration to the Court<br>By Jeremy Reeves |
| V. | |
| ROBERT KARIUKI;<br>GARY VONERICHSEN;<br>JOSEPH DELACRUZ;<br>JOSUAH HANCOCK;<br>*JEREMY REEVES; and<br>PHYLIS KIHUYU,<br>         (Defendants) | |

The court set forth a mandatory date for FCRP26(f) conference. This was to be met by November 30th 2017. At this time I have not heard from the Plaintiff for some time. Even though it is the Plaintiffs lawsuit and thus his responsibility to put forth the effort to contact me ( I have provided him 3 points of reliable contact) he has put forth no effort to contact me and discuss the points outlined in FCRP26(f). To mitigate his stagnation I attempted to contact Plaintiff David Lowe multiple times through e-mail (I have retained these for the courts demand of reference) and by phone. I have called his office and his secretary told me he was not avaiable. Plaintiff never returned the call or message I left with his secretary. I believe the Plaintiffs actions are due to the fact his claims are baseless and his entire lawsuit is a mass copy and paste effort. In dealing with me, the Plaintiff has run out of false arguments and false data to continually copy and paste.

Jeremy Reeves
13305 Se 19th St.
Vancouver WA 98683

12/06/17

Declaration to the Court by
Jeremy Reeves

619-748-8686. 360-949-1016
Jeremyreeves12@yahoo.com

Civil Action No. 17-cv-1077RSL

1. The court set forth a mandatory date for FRCP26(a)(1) For December 7th 2017. At this time I do not
2. believe those objectives and timelines will be met. I can not read what FRCP26(a)(1) states because it only says
3. "Reserved"
4. I am dedicated and seeking to meet the timelines and demands set forth by the court and its
5. Honorable Judges.
6. I strive to live and abide by, more and more every day, the rules set forth in the RTC MAXIM, Naval
7. Training Center, Great Lakes 2007. "I will not lie, cheat, or steal, nor will I tolerate those among us that do."
8. U.S.N. 2007-2013 (STG 2nd Class).
9.

Declaration to the Court by
Jeremy Reeves

Civil Action No. 17-cv-1077RSL

Jeremy Reeves
13305 Se 19th St.
Vancouver WA 98683

619-748-8686. 360-949-1016
Jeremyreeves12@yahoo.com

12/06/17

1                                         Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Defendant**                                           Civil Action No. 17-CV-1077RSL
**Jeremy Reeves**

### Certificate of Service
I certify that a true and correct copy of the foregoing document has been served to all counsel or parties of record.

Lowe Graham Jones
710 fifth avenue, suite 4800
Seattle, Washington 98104

Clerk of the Court
United States District Court for the Western District of Washington
700 Stewart Street
Seattle, WA 98101

Jeremy Reeves  12/06/17
13305 Se 19th St.
Vancouver WA 98683

619-748-8686, 360-949-1016
Jeremyreeves12@yahoo.com

Declaration to the Court by
Jeremy Reeves

Civil Action No. 17-cv-1077RSL

Jerry Reeves
SE 19th St.
Cr wa, 98003

Louie Graham Jones
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104

Sent by mail
12/06/17

Jerry Reeves

Jeremy
SE 19th St.
n WA 98683

Clerk of the Court
d States District Court for the Western District of Washington
700 Stewart Street
Seattle, WA 98101

Sent by mail
12/06/17

Jeremy Reeves