

Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Defendant**
**Jeremy Reeves**

Civil Action No. 17-cv-1077RSL

**Defendants Initial Disclosures**

ME2 PRODUCTIONS, INC
    Plaintiff

    V.

ROBERT KARIUKI;
GARY VONERICHSEN;
JOSEPH DELACRUZ;
JOSUAH HANCOCK;
*JEREMY REEVES; and
PHYLIS KIHUYU,
    Defendants

I don't know who if anyone downloaded the movie as David Lowe alleges. I don't know who would have information for him. I asked friends who routinely visit me, none of them said they did it or know who did. If anyone I know did this it's not because I gave them permission or knew about it. I would ask a few of the neighbors and kids in the neighborhood that I gave my WiFi information to a long time ago but I don't think I really have a right to probe them for information on their computer activities and I don't want to damage my future relationships with them. Some parents might get really pissed off at me if I start interrogating their children. I have since changed my password and have stopped sharing my wifi with anyone. If Plaintiff wants to come and ask around the neighborhood he is welcome to do so. If any information surfaces I'll be sure to inform the Plaintiff and the court.

Defendants Initial Disclosures

12/07/17

Jeremy Reeves
13305 Se 19 street
Vancouver WA 98683
619-748-8686, 360-949-1016

Honorable Robert S. Lasnik

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Defendant**  
**Jeremy Reeves**

Civil Action No. 17-CV-1077RSL

### Certificate of service
### Defendants initial Disclosures

I certify that a true and correct copy of the foregoing document has been served to all counsel or parties of record.

Lowe Graham Jones  
701 fifth avenue, suite 4800  
Seattle, Washington 98104

Clerk of the Court  
United States District Court for the Western District of Washington  
700 Stewart Street  
Seattle, WA 98101

*Sent by mail 12/07/17*

Jeremy Reeves  
13305 Se 19th St.  
Vancouver WA 98683  
619-748-8686, 360-949-1016  
Jeremyreeves12@yahoo.com

**Defendants Initial Disclosures**

Civil Action No. 17-cv-1077RSL

Jereny Reeves
13305 SE 19th Street
Vancouver WA 98693

FROM: Jeremy Reeves  (619) 748-8686
13305 SE 19TH ST
VANCOUVER WA 98683
US

SHIP DATE: 07DEC17
ACTWGT: 0.10 LB
CAD: 6992175/SSF01822
DIMED: 12 X 9 X 1 IN

TO CLERKS OFFICE
Western District of Washington
700 STEWART ST
STE 6301
SEATTLE WA 98101
(509) 315-5203

REF:
DEPT:
(US)

FedEx Ground
G

TRK# 7888 2028 1136

98101

9622 0019 0 (000 000 0000) 0 00 7888 2028 1136

Clerk
U.S.
700
Seattle, 98101

USDC
(7-cv-1077RSL)

District of Washington

597-8520