Honorable Robert S. Lasnik

FILED
LODGED
RECEIVED

MAIL

JAN 22 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Defendant**
**Jeremy Reeves**

ME2 PRODUCTIONS, INC
    (Plaintiff)    David Lowe

V.

*JEREMY REEVES; and
Robert Kariuki
            (Defendants)

Civil Action No. 17-CV-1077RSL

Exhibit A-1 to A-3, for Dkt.54

It has come to my attention that the court does not have a copy of Exhibit A-3 of Dkt.54. I must have accidently forgot to include this image in the document. For ease of viewing and understanding I have re-included all 3 exhibits for Dkt.54

Exhibit A-1 to A-3 for Dkt.54

17-cv-01077RSL

1/15/2018

Jeremy Reeves
13305 SE 19th st. Vancouver WA
619-748-8686  360-949-1016
Jeremyreeves12@yahoo.com



**EXHIBIT A-1**

# LOWE GRAHAM JONES PLLC
Intellectual Property Attorneys

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301
LoweGrahamJones.com

November 29, 2017  ⬅ **FALSELY CLAIMED DATE OF PLAINTIFF MEETING 26(f) DEADLINE**

VIA MAIL AND EMAIL
Email: jeremy13305@comcast.net  ⬅ **INVALID EMAIL, NEVER PROVIDED AS A CONTACT**

Jeremy Reeves
13305 SE 19th St.
Vancouver, WA 98683

David A. Lowe, Esq.
Direct Dial: 206.381.3303
Lowe@LoweGrahamJones.com

Re: *ME2 Productions, Inc. v. Does 1-12*
Civil Action No. 17-cv-1077
Doe 9 / IP Address 73.67.249.208

Dear Mr. Reeves:

We are required by the Court to conduct a Rule 26(f) conference in this case by November 30, 2017, and thereafter exchange initial disclosures and submit a joint status report, as set forth in the enclosure. See attached order. As you are one of the last remaining active Defendants in this case, the conference will be between you and our office. We are jointly responsible for scheduling and conducting this conference and submitting the report.

Please contact our office right away to schedule a time when you are available for the required Rule 26(f) conference, which can occur by telephone. If you do not reach me directly, please leave



LOWE GRAHAM JONES PLLC
Intellectual Property Attorneys

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301
LoweGrahamJones.com



SEATTLE WA 980
04 DEC 2017



Mailed From 98104
12/04/2017
032A 0061844277

⬆ ⬆

Jeremy Reeves
13305 SE 19th St.
Vancouver, WA 98683

**PLAINTIFF SENDS CORRESPONDANCE ON 04 DEC 2017, NOT 29 NOVEMBER 2017 AS HE PRESENTS TO THE COURT**

9868386574

# EXHIBIT A-1



**EXHIBIT A-3**



LOWE GRAHAM JONES PLLC
Intellectual Property Attorneys

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301
LoweGrahamJones.com

November 29, 2017

> FALSELY CLAIMED DATE OF PLAINTIFF MEETING 26(f) DEADLINE

VIA MAIL AND EMAIL
Email: jeremy13305@comcast.net

> INVALID EMAIL, NEVER PROVIDED AS A CONTACT

Jeremy Reeves
13305 SE 19th St.
Vancouver, WA 98683

David A. Lowe, Esq.
Direct Dial: 206.381.3303
Lowe@LoweGrahamJones.com

Re: *ME2 Productions, Inc. v. Does 1-12*
Civil Action No. 17-cv-1077
Doe 9 / IP Address 73.67.249.208

Dear Mr. Reeves:

We are required by the Court to conduct a Rule 26(f) conference in this case by November 30, 2017, and thereafter exchange initial disclosures and submit a joint status report, as set forth in the enclosure. See attached order. As you are one of the last remaining active Defendants in this case, the conference will be between you and our office. We are jointly responsible for scheduling and conducting this conference and submitting the report.

Please contact our office right away to schedule a time when you are available for the required Rule 26(f) conference, which can occur by telephone. If you do not reach me directly, please leave a voice mail or send an email with available times and we will check for your communication and respond accordingly, and make arrangements to cover the conference.

**We strongly encourage you to consult with an attorney to review your rights about this matter.** See also resources available through the Washington State Bar, http://www.wsba.org/the-public. If you retain an attorney, please have them contact us. Otherwise, you may contact our office directly at 206.381.3300 or Lowe@LoweGrahamJones.com. This is a time sensitive matter.

Thank you for your assistance in this matter.

Very truly yours,

LOWE GRAHAM JONES PLLC

David A. Lowe

**EXHIBIT A-3**

Honorable Robert S. Lasnik

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Defendant**  
Jeremy Reeves

Civil Action No. 17-CV-1077RSL

### Certificate of service

I certify that a true and correct copy of the foregoing document has been served to all counsel or parties of record.

Lowe Graham Jones  
701 fifth avenue, suite 4800  
Seattle, Washington 98104

Clerk of the Court  
United States District Court for the Western District of Washington  
700 Stewart Street  
Seattle, WA 98101

Exhibit A-1 to A-3 for Dkt.54

1/15/2018  
Jeremy Reeves  
13305 Se 19th St.  
Vancouver WA  
619-748-8686. 360-949-1016  
Jeremyreeves12@yahoo.com

Civil Action No. 17-cv-1077RSL

Jeremy Reeves
13305 SE 19th Street
Vancouver, WA 98683

FILED
LODGED
RECEIVED

JAN 22 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Clerk of the Court
U.S. District Court, Western District of Washington
700 Stewart Street
Seattle, WA 98101

98101-44429