Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Defendant
Jeremy Reeves

Civil Action No. 17-CV-1077RSL

ME2 PRODUCTIONS, INC
    (Plaintiff)    David Lowe

Declaration against Default Awards

V.

*JEREMY REEVES; and
Robert Kariuki
        (Defendants)

### Coercion & Intimidation

    The probability that Plaintiff has coerced and intimidated co-defendants into silence is more likely than not. First time I ever talked with Plaintiff he informed me that the FBI is interested in the situation and presumably me also. He asserted this to me by explaining how the FBI places copyright warnings about these types of cases or situations onto movies. It seems apparent Plaintiff was expressing to me that FBI interest in the case and those involved would grow in size and scope of where they currently exist if I don't quickly dispose of the situation by cooperating with Plaintiff (either by bringing up for him someone else to blame or by signing for guilt myself).

Declaration against Default Awards
17-cv-01077

Jeremy Reeves
13305 Se 19th Street Vancouver WA 98683
360-949-1016 jeremyreeves12@yahoo.com

When Plaintiff starts bringing up FBI involvement into a civil situation, the lines between a criminal investigation and civil action become highly blurred. Where will a civil action end and an FBI criminal investigation begin? No Defendant has any way of knowing the answer to this intimidating question, a question that Plaintiff likely and intentionally planted into their heads as a means of coercion into silence. For his own legal benefit, Plaintiff has likely tried to confuse Defendants between the ideas of being under civil versus criminal investigation, if he ever conversed with said Defendants. Under impressions given by Plaintiff to me that the FBI is involved with this case in some form or another, he has probably done the same to all co-Defendants. Plaintiff has typically achieved his desired response and has coerced Defendants into invoking a 5th amendment defense as the most logical thing to do under the projection of a criminal investigation and pending case being underway against them. Unbeknownst to them no criminal investigation by the FBI into the situation exists, and their silence has bought them a one way ticket into being the next victim of Plaintiffs foreign monetary interests masters. "nor shall be compelled in any criminal case to be a witness against himself," The fact that Defendants have invoked the 5th amendment against Plaintiffs coercions of FBI criminal investigation existing into the case should not be held against them.

### False Claims of Lawyer Fees

Plaintiff likes to overburden the court with long and drawn out documents of watered down information. Every single drop of witness and expert testimony in support of Plaintiff is

Declaration against Default Awards	Jeremy Reeves
17-cv-01077	13305 Se 19th Street Vancouver WA 98683
	360-949-1016 jeremyreeves12@yahoo.com

from intentionally stashed overseas actors. These actors are little more than agents working for the financial interests of foreign shell companies, hell bent on looting the pocket of every American they possibly can, for all they can get.  These "witnesses and experts" are all agents of foreign monetary interests that Plaintiff is intentionally hiding outside the reach and investigation of any American court and law enforcement agency. Plaintiff will receive this foreign "witness and expert testimony" by the dump truck load to hand out to the court, from and in favor of his foreign interest shell company client. If said shell company client thought it would buy them one drop of favor in the court, they would literally fill a dump truck of only foreign experts and witness testimonies to drop on the courts front step. These dump truck loads of supposed "witness and expert testimony" are all from foreigners intentionally residing outside the jurisdiction of any American court and law enforcements sovereignty.  These reports should not be viewed as valid or substantial to the court.

    Plaintiff will claim he deserves between $400-500 an hour per Defendant for lawyer fees, though he has chosen to persecute under a joinder to save time, effort, and money. Plaintiff will also claim and apply as many hours possible as he thinks the court will not frown upon. In each and every case Plaintiff has done little to absolutely nothing more than change the title or fill in the blank of the movie and name of the shell company they say bought it. Plaintiff then copies and pastes this nearly identical document in mass production type effect.

    Plaintiff's intellectual labor is absolutely zero. Plaintiff's physical labor is next to zero. Ninety nine percent of Plaintiffs work is nothing more than a repeating copy and paste job for foreign shell company interests. Neither I nor any other outside observer can see how this copy

Declaration against Default Awards                                                                 Jeremy Reeves
17-cv-01077                                                              13305 Se 19th Street Vancouver WA 98683
                                                                               360-949-1016 jeremyreeves12@yahoo.com

and pasting type of work should be compensated at anything more than the typical workers hourly rate, minimum wage to twenty five an hour. Most any average American worker can quickly copy and paste documents and launch the same type of "investigation" Plaintiff did, online, simply by buying a sub ten dollar background check and confirming the address with google maps, that's literally what Plaintiff has presented as his smoking gun and evidence to support his bird shot effect grounds for persecution, along with truckloads of foreign interest testimony that they likely just handed Plaintiff to turn over to the court for them. No one can logically see how Plaintiff could deserve more compensation then the average worker for this style of work. Minimum wage up to twenty five dollars is the average wage for this type of copying and pasting documents alongside handing in pre drafted testimony.

5/1/2018

Declaration against Default Awards
17-cv-01077

Jeremy Reeves
13305 Se 19th Street Vancouver WA 98683
360-949-1016 jeremyreeves12@yahoo.com

Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Defendant                                                            Civil Action No. 17-CV-1077RSL
Jeremy Reeves

Certificate of service

I certify that a true and correct copy of the foregoing document has been served to all counsel or parties of record.

Lowe Graham Jones
701 fifth avenue, suite 4800
Seattle, Washington 98104

Clerk of the Court
United States District Court for the Western District of Washington
700 Stewart Street
Seattle, WA 98101

*[signature]*
5/1/2018

Jeremy Reeves
13305 Se 19th St.
Vancouver WA 98683
360-949-1016
Jeremyreeves12@yahoo.com

Declaration against Default Awards

Civil Action No. 17-cv-1077RSL

Jeremy Reeves
13305 SE 19th St.
Vancouver WA 98683

FROM: JEREMY REEVES  (360) 949-1016
13305 SE 19TH ST
Vancouver WA 98683
US

TO: CLERK OF THE COURT
US Court Western District of WA
700 STEWART ST
STE 6301
SEATTLE WA 98101
(206) 245-1117

SHIP DATE: 02MAY18
ACTWGT: 0.10 LB
CAD: 6992175/SSF01904
DIMMED: 13 X 10 X 1 IN

FedEx Ground

TRK# 7807 7913 2800                98101

9622 0019 0 (000 000 0000) 0 00 7807 7913 2800

Clerk of the Court
U.S. Court Western District of WA
700 Stewart Street
Seattle, WA 98101

597-8500
US COURT WESTERN DISTRICT
700 STEWART ST
STE 6301
SEATTLE, WA
ETP:1
78077913280U   PD:SP:100:Y
98101-4441-76

FILED
LODGED
RECEIVED   MAIL

MAY 07 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY