Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | ) Case No.: C17-1077RSL |
| Plaintiff, | ) **NOTICE OF APPEARANCE** |
| vs. | ) |
| ROBERT KARIUKI, *et al.*, | ) |
| Defendants | ) |

Counsel, J. Curtis Edmondson, is appearing on behalf of Defendant Jeremy Reeves in this matter.

Respectfully Submitted,

Dated: June 11, 2018

J. Curtis Edmondson
Attorney for Defendant

NOTICE OF APPEARANCE – J. CURTIS EDMONDSON
Page 1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2018, I served the document(s) entitled:

**NOTICE OF APPEARANCE**

by delivering said document to:

David Lowe
Lowe Graham Jones, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

[X]   **BY MAIL** (By Following Office Business Practice): I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited in U.S. Postal on that same day in ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[X]   **BY CM/ECF**: The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document by mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 11, 2018 at Hillsboro, Oregon.

/s/ *J. Curtis Edmondson*
**J. Curtis Edmondson**

Certificate of Service