Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No.: C17-1077RSL |
| Plaintiff, | **NOTICE OF APPEARANCE** - **J. CURTIS EDMONDSON** |
| vs. | |
| ROBERT KARIUKI, *et al.*, | |
| Defendants | |

Counsel, J. Curtis Edmondson, is appearing on behalf of Defendant Robert Kariuki in this matter.

Respectfully Submitted,

Dated: June 20, 2018

J. Curtis Edmondson (WA SBN 43795)
Edmondson IP Law
3699 NE John Olsen Ave
Hillsboro, OR 97124

*Attorney for Defendant*

NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2018, I served the document(s) entitled:

**NOTICE OF APPEARANCE**

by delivering said document by to:

David Lowe
Lowe Graham Jones, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

[X]   **BY MAIL** (By Following Office Business Practice): I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited in U.S. Postal on that same day in ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 20, 2018 at Hillsboro, Oregon.

/s/ *Kiren Rockenstein*
Kiren Rockenstein

CERTIFICATE OF SERVICE