Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No.: C17-1077-RSL |
| Plaintiff, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JEREMY REEVES** |
| vs. | |
| ROBERT KARIUKI, et al., | |
| Defendants | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Parties stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Parties voluntarily dismiss their claims and counterclaims against each other in this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c).  The Parties waive any right to recover any attorneys' fees or costs from each other in connection with the above-captioned action upon dismissal.

The Parties have signed this stipulation below, by and through their respective attorneys of record.


Dated: June 21, 2018          Respectfully Submitted by,


/s/ *J. Curtis Edmondson*
J. Curtis Edmondson, WA SBN 43,795
Law Offices of J. Curtis Edmondson, PLLC
Venture Commerce Center,
3699 NE John Olsen Ave, Hillsboro, OR 97124
ph: (503) 336-3749
*Attorney for Defendant*


Dated: June 21, 2018


/s/ *David A. Lowe*
David A. Lowe, WSBA No. 24,453
LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800 - Seattle, Washington 98104
ph:（206) 381-3300
*Attorney for Plaintiff*