Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY VONERICHSEN; <br> JOSEPH DELACRUZ; <br> JOSHUA HANCOCK; and <br> PHYLIS KIHUYU, <br><br> Defendants. | Civil Action No. 17-cv-1077RSL <br><br> VOLUNTARY DISMISSAL WITH PREJUDICE OF JOSHUA HANCOCK (DOE 8) |

Pursuant to Rule 41(a)(1)(A)(i) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed (a) not to directly, contributorily or indirectly infringe Plaintiff's rights in its valid and enforceable copyrighted work *Mechanic: Resurrection*, Copyright Registration No. PA 1-998-057, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) to destroy all unauthorized copies or parts thereof of *Mechanic: Resurrection* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) to pay Plaintiff a monetary sum, including for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

*Attorneys for Plaintiff*

VOLUNTARY DISMISSAL
Civil Action No. 17-cv-1077RSL
INIP-6-0094P40 VDMISS - Doe 8

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301