United States District Court
WESTERN DISTRICT OF WASHINGTON

ME2 PRODUCTIONS, INC.,

       v.

ROBERT KARIUKI, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C17-1077RSL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of plaintiff and against defendants in the following amounts:

Defendants are jointly and severally liable for statutory damages in the amount of $750;
Defendant Gary Vonerichsen is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.
Defendant Joseph Delacruz is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $163.00.
Defendant Phylis Kihuyu is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.

October 18, 2018

William M. McCool
Clerk

/s/Sharita Tolliver
By, Deputy Clerk